UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN COLE and<br>SELENA COLE,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CROWN EQUIPMENT CORPORATION.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)   Case No.: _____<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION**

Defendant, Crown Equipment Corporation, by counsel, pursuant to the provisions of 28 U.S.C. §1441(a) and 1446, hereby gives notice to this Court and all parties of the removal of this cause of action from the Starke Circuit Court 1, to the United States District Court for the Northern District of Indiana, South Bend Division, and in support states:

1. On or about October 24, 2022, Plaintiffs filed a civil action against Defendant Crown Equipment Corporation ("Crown") in the Starke Circuit Court, State of Indiana, under cause no.: 75C01-2210-CT-23 and styled *Kevin Cole and Selena Cole v. Crown Equipment Corporation.* A true and accurate copy of the Complaint is attached hereto as Exhibit 1.

2. On November 1, 2022, Crown filed an Appearance of counsel, Initial Motion to Enlarge Time and Order thereto, attached hereto as Exhibit 2.

3. Crown has yet to file an Answer in this case.

4. This litigation involves a product liability claim from an incident that occurred on or about April 17, 2022 in North Judson, Starke County, Indiana.

5. Plaintiffs Kevin Cole and Selena Cole are residents and citizens of the State of Indiana.

6. Crown is a foreign corporation incorporated and organized under the laws of the State of Ohio with its principal place of business in New Bremen, Auglaize County, Ohio.

7. Based on the respective citizenship of the Parties in this matter, complete diversity exists in this case.

8. Counsel for Plaintiffs have advised that damages claimed exceed $75,000.

9. Based on the foregoing, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a) which is removable pursuant to the provisions of 28 U.S.C. §§1441(a) and 28 U.S.C. §1446.

10. Notice of the filing of this Notice of Removal has been sent to Plaintiffs' counsel and has been filed with the Starke Circuit Court, Indiana

WHEREFORE, Defendant, Crown Equipment. Corporation, by counsel, respectfully requests that the above-numerated action, now pending against Defendant in the Starke Circuit Court State of Indiana, be removed to the United States District Court, for the Northern District of Indiana, South Bend Division, and proceed before this Court as an action properly removed.

Respectfully submitted,

SCHULTZ & POGUE, LLP

By:  */s/ Thomas R. Schultz*
Thomas R. Schultz, #11670-49
Stacey A. Everton, #36823-32
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 7th day of November, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

David W. Holub
Katelyn C.V. Holub
LAW OFFICES OF DAVID W. HOLUB
8403 Merrillville Road
Merrillville, IN 46410

                 */s/ Thomas R. Schultz*

Schultz & Pogue, LLP
520 Indiana Avenue
Indianapolis, IN 46202
(317) 262-1000
F: (317) 262-9000

3