USDC IN/ND case 3:22-cv-00935-CCB-MGG   document 2-1   filed 10/24/22   page 1 of 6

75C01-2210-CT-000023
Starke Circuit Court

Filed: 10/24/2022 2:03 PM
Clerk
Starke County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE STARKE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF STARKE | ) | SITTING AT KNOX, INDIANA |
| | | |
| KEVIN COLE and | ) | |
| SELENA COLE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| CROWN EQUIPMENT CORP., | ) | |
| | ) | |
| Defendant. | ) | |

COMPLAINT FOR DAMAGES AND JURY DEMAND

Come now the Plaintiffs Kevin Cole and Selena Cole, and for their claim against the Defendant Crown Equipment Corporation allege as follows:

COUNT I

Plaintiffs Kevin Cole and Selena Cole allege as to Defendant Crown Equipment Corporation as follows:

1. On August 17, 2022, the Plaintiff Kevin Cole, was severely injured when a Picker Lift, manufactured and sold by Defendant Crown Equipment Corporation, which was supplied to him to use at his place of work at Bailey's Discount Center, Inc. in North Judson, Starke County, Indiana, malfunctioned.

2. While operating said Picker Lift, Plaintiff Kevin Cole was injured when the operating controls failed to function as designed, resulting in extensive and permanent injuries.

3. The product involved in the incident is a Picker Lift, which was manufactured, designed, sold, and/or placed into the stream of commerce by Defendant Crown Equipment Corporation.

1

4. Plaintiff Kevin Cole was injured as a direct and proximate result of the defective and/or unreasonably dangerous Picker Lift, which failed to have, *inter alia*, properly functioning operating controls (for example, it had a non-functioning emergency shut-off), and which failed to have required and/or adequate safety warnings and/or instructions dealing with malfunction dangers.

5. The injuries to Plaintiff Kevin Cole occurred as a direct and proximate result of the conduct of Defendant Crown Equipment Corporation in manufacturing, designing, selling and otherwise placing into the stream of commerce a product, the Picker Lift mentioned above, in a defective condition, unreasonably dangerous to the Plaintiff so as to make the Defendant Crown Equipment Corporation strictly liable for the physical harm caused by the failure of said Picker Lift under the Indiana Product Liability Act (IPLA).

6. As a direct and proximate result of the aforesaid conduct of Defendant Crown Equipment Corporation, Plaintiff Kevin Cole has suffered injuries, some of which are permanent, has endured physical and mental pain, has incurred expenses for medical attention and will in the future incur additional treatment expense, has suffered an inability to engage in normal daily activities, has suffered a loss of earnings, a loss of earnings capacity, disfigurement and deformity, fright, humiliation and mental anguish.

7. As a further direct and proximate result of the aforesaid conduct of Defendant Crown Equipment Corporation, the Plaintiff Selena Cole, the spouse of Plaintiff Kevin Cole, has been deprived of the services and consortium of Kevin Cole, and her comfort and happiness have been impaired, and this deprivation and impairment will necessarily continue for an indefinite period.

WHEREFORE, Plaintiffs demand judgment against Defendant Crown Equipment Corporation and pray for relief as follows:

      a.    For reasonable compensatory damages;
      b.    For all appropriate and reasonable punitive damages;
      c.    For interest and costs; and
      d.    For all other necessary and proper relief.

COUNT II

Plaintiffs Kevin Cole and Selena Cole allege as to Defendant Crown Equipment Corporation as follows:

1-7. Plaintiffs reallege and incorporate by reference the allegations of the paragraphs 1-7 of Count I.

8. Said Picker Lift was not fit for the purposes for which it was sold and said Picker Lift could not be safely utilized as intended, all in breach of express and implied warranties that the Picker Lift would be fit and proper for the purpose for which it was sold for which breach the Defendant Crown Equipment Corporation is strictly liable for all damages proximately resulting therefrom under the IPLA.

9. The Defendant Crown Equipment Corporation is strictly liable for violation of any and all express and/or implied warranties, pertaining to the design, production, manufacture and/or sale of said Picker Lift, and for all damages proximately resulting therefrom.

10. As a direct and proximate result of the aforementioned conduct of the Defendant Crown Equipment Corporation, Plaintiffs were damaged as aforementioned.

WHEREFORE, Plaintiffs demand judgment against Defendant Crown Equipment Corporation and pray for relief as follows:

a. For reasonable compensatory damages;
b. For all appropriate and reasonable punitive damages;
c. For interest and costs; and
d. For all other necessary and proper relief.

COUNT III

Plaintiffs Kevin Cole and Selena Cole allege as to Defendant Crown Equipment Corporation as follows:

1-10. Plaintiffs reallege and incorporate by reference the allegations of paragraphs 1-10 of Count II.

11. Defendant Crown Equipment Corporation was negligent and/or reckless in the design, manufacture, construction and fabrication of said Picker Lift making said Defendant liable to Plaintiffs under the IPLA.

12. As a direct and proximate result of the aforementioned conduct of the Defendant Crown Equipment Corporation, Plaintiffs were damaged as aforementioned.

WHEREFORE, Plaintiffs demand judgment against Defendant Crown Equipment Corporation and pray for relief as follows:

a. For reasonable compensatory damages;
b. For all appropriate and reasonable punitive damages;
c. For interest and costs; and
d. For all other necessary and proper relief.

## COUNT IV

Plaintiffs Kevin Cole and Selena Cole allege as to Defendant Crown Equipment Corporation as follows:

1-12. Plaintiffs reallege and incorporate by reference the allegations of paragraphs 1-12 of Count III.

13. The Defendant Crown Equipment Corporation is strictly liable for all damage and other physical harm resulting from its defective engineering and/or design, its inadequate warning and instruction, and/or due to its defective manufacturing and/or sale of said Picker Lift and all damages proximately caused therefrom, whether the wrongful conduct of said Defendant is described as negligence, contract breach, warranty breach, or otherwise, all of which grounds for liability are covered under the IPLA.

14. As a direct and proximate result of the aforementioned conduct of the Defendant Crown Equipment Corporation, Plaintiffs were damaged as aforementioned.

WHEREFORE, Plaintiffs demand judgment against Defendant Crown Equipment Corporation and pray for relief as follows:

      a.      For reasonable compensatory damages;
      b.      For all appropriate and reasonable punitive damages;
      c.      For interest and costs; and
      d.      For all other necessary and proper relief.

## COUNT V

Plaintiffs Kevin Cole and Selena Cole allege as to Defendant Crown Equipment Corporation as follows:

1-14. Plaintiffs reallege and incorporate by reference the allegations of paragraphs 1-14 of Count IV.

15. The Picker Lift, which caused Plaintiffs' injuries, was maintained and repaired by Crown Equipment Corporation.

16. The injuries to the Plaintiffs occurred as a direct and proximate result of the conduct of Crown Equipment Corporation in negligently maintaining and repairing the product, the Picker Lift mentioned above, in a defective condition, unreasonably dangerous to the user, Plaintiff Kevin Cole, whether the wrongful conduct of said Defendant is described as negligence, contract breach, warranty breach, or otherwise.

17. As a direct and proximate result of the aforementioned conduct of the Defendant Crown Equipment Corporation, Plaintiffs were damaged as aforementioned.

WHEREFORE, Plaintiffs demand judgment against Defendant Crown Equipment Corporation and pray for relief as follows:

      a.      For reasonable compensatory damages;
      b.      For all appropriate and reasonable punitive damages;
      c.      For interest and costs; and
      d.      For all other necessary and proper relief.

Respectfully submitted,

LAW OFFICES OF DAVID W. HOLUB, P.C.
/s/ David W. Holub
/s/ Katelyn C. V. Holub
DAVID W. HOLUB #8220-64
KATELYN C. V. HOLUB #32366-64
Attorneys for Plaintiffs
8403 Merrillville Road
Merrillville, IN 46410
Tel: (219) 736-9700
Fax: (219) 736-9704
holub@davidholublaw.com
kholub@davidholublaw.com

## JURY DEMAND

Plaintiffs demand trial by jury.

LAW OFFICES OF DAVID W. HOLUB, P.C.
/s/ David W. Holub
/s/ Katelyn C. V. Holub
DAVID W. HOLUB #8220-64
KATELYN C. V. HOLUB #32366-64
Attorneys for Plaintiffs
8403 Merrillville Road
Merrillville, IN 46410
Tel: (219) 736-9700
Fax: (219) 736-9704
holub@davidholublaw.com
kholub@davidholublaw.com