UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN COLE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CROWN EQUIPMENT CORPORATION, ET AL. <br><br> Defendants. | Case No. 3:22-CV-935-CCB |

# ORDER

On September 29, 2025, Plaintiffs and Defendant Crown Equipment Corporation filed their Stipulation of Dismissal seeking to dismiss Defendant Crown Equipment Corporation with prejudice. (ECF 67). The Court granted the Stipulation noting that the case would "now proceed[] against the remaining Defendant, ICW Group Insurance Companies." (ECF 68 at 2). On October 3, 2025, Plaintiffs filed a notice advising the Court of the status of ICW Group Insurance Companies in this case and confirming that all claims raised by Plaintiffs in this case are resolved. (ECF 69). Accordingly, this case is **DISMISSED.** The Clerk is **DIRECTED** to close this case.

SO ORDERED on October 6, 2025.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT