# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KEVIN COLE

SELENA COLE

        Plaintiffs

  v.

                                              Civil Action No. 3:22-cv-935

CROWN EQUIPMENT CORPORATION
*TERMINATED: 10/02/2025*

        Defendant

  v.

ICW GROUP INSURANCE COMPANIES
*TERMINATED: 05/23/2023*

        Movant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Cristal C Brisco.

DATE: 10/6/2025                              CHANDA J. BERTA, CLERK OF COURT

                                                          by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*